# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD EUGENE GUMP,

        Petitioner,

Case Number: 07-10135

HON. MARIANNE O. BATTANI

v.

NICK J. LUDWICK,

        Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 14), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**, and Gump's application for a writ of habeas corpus, (Doc. 1), is **DENIED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

Dated: April 29, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

        s/Bernadette M. Thebolt
        Deputy Clerk